UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| KEVIN DUKES | CIVIL CASE NO. 6:25-CV-00097 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| MARK GARBER, ET AL | MAGISTRATE JUDGE CAROL B. WHITEHURST |

### JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 18], determining that the findings are correct under the applicable law, considering the OBJECTIONS TO THE REPORT AND RECOMMENDATION [DOC. 19] in the record;

IT IS ORDERED that this civil rights COMPLAINT [DOCS. 1, 5] be DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers this 23rd day of September, 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE